**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-51288 |
| | : | |
| STEELE, BRANDON PAUL | : | Chapter 7 |
| STEELE, SARAH CATHERINE | : | |
| Debtor. | : | Judge Charles M. Caldwell |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.91 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| City of Columbus<br>Dept of Public Utilities<br>910 Dublin Rd<br>Columbus OH  43215 | 2 | $0.97 |
| American Electric Power<br>PO Box 2021<br>Roanoke VA  24022-2121 | 4 | $0.79 |
| Columbus Gas of Ohio Inc<br>200 Civic Center Dr 11th Fl<br>Columbus OH  43215 | 6 | $1.37 |
| Timothy Buchanan MD Inc<br>101 Commerce Park Dr<br>Westerville OH  43082 | 8 | $1.17 |
| Compucorp<br>4333-A Tuller Road<br>Dublin OH  43017-5064 | 9 | $1.13 |
| L&E Landscape Services<br>d/b/a/ Reichle Brothers<br>PO Box 1431<br>Westerville OH  43083 | 24 | $1.48 |

4590749v1

| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $<u>6.91</u> | $<u>             </u> |

Dated: <u>May 30, 2011</u>      <u>/s/ David M. Whittaker</u>
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:     United States Trustee

4590749v1

| REMITTED TO COURT | | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
|---|---|---|---|
| | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | 32-1/1110 TX 0 | **120** |
| | | DATE | AMOUNT |
| | | 05/27/11 | ***********6.91 |

**2496300**

PAY TO THE ORDER OF

Clerk, United States Bankruptcy Court

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-51288 | CMC | Debtor: STEELE, BRANDON PAUL<br>Joint Debtor: STEELE, SARAH CATHERINE |

*Six Dollars And 91/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊000120⑊ ⑈111000012⑈ 4437791124⑊

| Date: 05/27/11 | Check Number: 120 | Amount: 6.91 |
|---|---|---|
| Case Number: 10-51288   CMC<br>Debtor Name: STEELE, BRANDON PAUL | | |
| Paid To:  Clerk, United States Bankruptcy Court | Trustee: DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | |
| Description: REMITTED TO COURT | | |
| Bank Account Number: 4437791124 | | |