**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-51288 |
| | : | |
| STEELE, BRANDON PAUL | : | Chapter 7 |
| STEELE, SARAH CATHERINE | : | |
| Debtor. | : | Judge Charles M. Caldwell |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $34.32 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | 22 | $34.32 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $ _____ | $34.32 |

Dated: September 13, 2011        /s/ David M. Whittaker
                                 David M. Whittaker, Trustee   (0019307)
                                 BRICKER & ECKLER LLP
                                 100 South Third Street
                                 Columbus, OH  43215
                                 Phone:  (614) 227-2355
                                 Fax:  (614) 227-2390
                                 Email:  dwhittaker@bricker.com

cc:   United States Trustee

Claim 000022, Payment 0.6845%

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**121**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 09/13/11 | **********34.32 |

**2592507**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-51288 | CMC | Debtor: STEELE, BRANDON PAUL |
| | | Joint Debtor: STEELE, SARAH CATHERINE |

Clerk, United States Bankruptcy Court
170 North High Street
Columbus OH 43215

*Thirty Four Dollars And 32/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊000121⑊ ⑈111000012⑈ 4437791124⑊

| Date: 09/13/11 | Check Number: 121 | Amount: 34.32 |
|---|---|---|
| Case Number: 10-51288  CMC | | |
| Debtor Name: STEELE, BRANDON PAUL | | |

| Paid To: | Clerk, United States Bankruptcy Court<br>170 North High Street<br>Columbus OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH  43215 |
|---|---|---|---|

| Description: | Claim 000022, Payment 0.6845% |
|---|---|
| Bank Account Number: | 4437791124 |